IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                       NO. 4:13CR00270-01-DPM

JESSE LEE BRITTAIN                                                  DEFENDANT

### ORDER

A hearing was held on May 13, 2014, on the Government's motion to revoke bond. (Docket entry 37)  After consideration of the evidence presented, the court finds that there are additional conditions of release that can be imposed to reasonably assure the safety of the community.  The motion to revoke is denied.  Defendant is ordered released from custody pending trial, on the following additional conditions:

Home detention:  defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved <u>in advance</u> by the pretrial services office; and absolutely no use of alcohol.  All other conditions of pretrial release previously imposed remain in effect.

Failure to abide by all conditions could result in revocation of Mr. Brittain's pretrial release and his detention pending trial.

IT IS SO ORDERED, this 14th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE